Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff Guru Denim, Inc.
dba True Religion Brand Jeans*

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,

    Plaintiff,

vs.

FASHION CENTRAL, an unknown business entity; PHIL SON, an individual; and DOES 1-10, inclusive,

    Defendants.

CASE NO. CV 11-2351 RGK (AGRx)

[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

WHEREAS Plaintiff Guru Denim, Inc. dba True Religion Brand Jeans and Defendants Fashion Central and Phil Son (collectively "Defendants") have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter. Defendants, having agreed to consent to the below terms, it is hereby:

**ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

1. This Court has jurisdiction over the parties to this Final Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Plaintiff Guru Denim, Inc. dba True Religion Brand Jeans ("True Religion") is the owner of the trademark registrations for word mark "TRUE RELIGION" (registrations include but are not limited to U.S. Reg. Nos. 3,628,973 and 3,162,614) and "TRUE RELIGION BRAND JEANS" (registrations include but are

not limited to U.S. Reg. Nos. 2,761,793 and 3,120,797) as well as various composite trademarks comprising said word marks and assorted design components (collectively "True Religion Marks").

3. True Religion's "U" Mark is one of the most well-known and recognized marks. True Religion has used the "U" Mark in association with the sale of goods, including jeans, jackets, and shorts, since as early as 2002. The "U" Mark was first registered at the U.S Patent and Trademark office in 2006. Since then, True Religion has used various composites and variations of the "U" Mark on its goods, most of which have been registered with the United States Patent and Trademark Office. Registrations for the "U" Mark include, but are not limited to the following:



(U.S. Reg. No. 3,561,466)



(U.S. Reg. No. 3,147,244)



(U.S. Reg. No. 3,482,001)

(U.S. Reg. No. 3,568,127)

4. Plaintiff has alleged that Defendants' importation, advertisement, distribution, manufacture, offering for sale and/or sale of products which infringe upon the True Religion Marks constitute trademark infringement and unfair competition under the Lanham Trademark Act, 15 U.S.C. § 1051, et. seq. and under the common law.

5. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Judgment are hereby permanently restrained and enjoined from infringing upon the True Religion Marks, include either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product bearing the True Religion Marks, or marks confusingly similar or substantially similar to the True Religion Marks, and, specifically from:

(a) Using the True Religion Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise comprising not the genuine products of True Religion, or in any manner likely to cause others to believe that Defendants' products are connected with True Religion or True Religion's genuine merchandise;

(b) Passing off, inducing or enabling others to sell or pass off any products or other items that are not True Religion's genuine merchandise as and for True Religion's genuine merchandise;

(c) Leasing space to any tenant who is engaged in the manufacturing, purchasing, production, distribution, circulation, sale, offering for sale, importation, exportation, advertisement, promotion, display, shipping, marketing of Infringing Products;

(d) Committing any other acts calculated to cause purchasers to believe that Defendants' products are True Religion's genuine merchandise unless they are such;

(e) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the True Religion Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

(f) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(e) above.

6. Plaintiff and Defendants shall bear their own costs associated with this action.

7. The execution of this Final Judgment shall serve to bind and obligate the parties hereto.

8. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice.

**IT IS SO ORDERED.**

DATED: [JUN -2 2011], 2011

Hon. R. Gary Klausner
**United States District Judge**